FILED
February 1, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,       )<br>v.                                         )<br>                                           )<br>Dante Foster,                      )<br>                                           )<br>          Defendant.       ) | Case No. 2:99-cr-52 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __Dante Foster__  Case __2:99-cr-52 WBS__ from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    ___  Release on Personal Recognizance

    ___  Bail Posted in the Sum of _____

    ___  Unsecured bond

    ___  Appearance Bond with 10% Deposit

    ___  Appearance Bond secured by Real Property

    ___  Corporate Surety Bail Bond

    _X_  (Other)  __PTS conditions/supervision__

Issued at __Sacramento, CA__ on __2/1/2007__ at __2:00 pm__ .

By _____
Kimberly J. Mueller,
United States Magistrate Judge