UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

RE:   Dante FOSTER
Docket Number:   2:99CR00052-01
<u>WITHDRAWAL OF PETITION</u>

Your Honor:

It is respectfully requested that the petition filed on January 22, 2007, on the above named offender, be dismissed and taken off the Court's calendar on February 26, 2007, at 8:30 a.m.

On January 22, 2007, this officer submitted a petition to the Court alleging the following violations of supervised release:  Failure to Notify Probation Officer of Change in Residence, and Failure to Submit Monthly Report Forms.  In accordance with that petition, this officer recommended issuance of a warrant.  The Court issued the warrant on January 23, 2007.

Since the issuance of the warrant, the offender made contact with this officer and advised that he had moved back to Vallejo to live with his mother while he "worked things out" with his girlfriend. Consequently, this officer contacted the United States Marshals Service and the clerk of the Magistrate Court and advised that the offender was willing to self-surrender on the warrant.  On February 1, 2007, the offender appeared before Magistrate Judge Mueller and self-surrendered. The offender was subsequently released on this officer's recommendation and reported forthwith to the probation office.  The offender was then given the remainder of his missing monthly report forms to fill out.  The offender was also admonished by this officer for failure to notify this officer of his change in address and his failure to fill out his monthly report forms on a consistent basis.  The offender now understands the importance of notifying this officer of any change in address and keeping current on his monthly report forms.  The offender also understands that if he does not comply with these simple directives, another warrant will be requested and detention will be recommended.

**RE:   Dante FOSTER**
       **Docket Number:   2:99CR00052-01**
       <u>**WITHDRAWL OF PETITION**</u>

Based on the aforementioned, this officer is requesting that the Court dismiss the underlying petition and take the matter off the Court's calendar on February 26, 2007. AFD Jeff Staniels and AUSA Carolyn Delaney are in agreement with this request. The offender now appears to be compliant with the directives of this officer.

                          Respectfully Submitted,

                           /s/Matthew M. Faubert
                          **MATTHEW M. FAUBERT**
                          **United States Probation Officer**

**DATED:**    February 15, 2007
              Sacramento, California
              MMF/cp

**REVIEWED BY:**      /s/Kyriacos M. Simonidis
                      **KYRIACOS M. SIMONIDIS**
                      **Supervising United States Probation Officer**

---

**ORDER OF THE COURT:**

Approved.

Date: February 16, 2007

                          WILLIAM B. SHUBB
                          UNITED STATES DISTRICT JUDGE

cc: Carolyn Delaney, Asst. U.S. Attorney
    Jeff Staniels, Federal Defender