UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

JUN 2 2 2009

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____

UNITED STATES OF AMERICA, )  Case No. CR S-99-0052-01 WBS
                                                )
            Plaintiff,           )
v.                                         )  ORDER FOR RELEASE
                                               )  OF PERSON IN CUSTODY
DANTE DION FOSTER,         )
                                                )
           Defendant.        )
                                                )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release **Dante Dion Foster** Case CR S-99-052-01 WBS from custody for the following reasons:

          __      Release on Personal Recognizance

          __      Bail Posted in the Sum of _____

          __      Unsecured bond

          __      Appearance Bond with 10% Deposit

          __      Appearance Bond secured by Real Property

          __      Corporate Surety Bail Bond

          **X**      **(Other) Defendant released under the same terms and conditions of supervised release as previously ordered, and as directed by the US Probation Officer. Defendant further ordered to return to Court on July 27, 2009 at 8:30 a.m. before Judge William B. Shubb (Courtroom 5).**

Issued at Sacramento, CA on June 22, 2009 at 10 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing